**SEYFARTH SHAW LLP**
Minh N. Vu (Admitted *Pro Hac Vice*)
mvu@seyfarth.com
975 F Street N.W.
Washington, D.C., 20004
Telephone:   (202) 463-2400
Facsimile:    (202) 828-5393

**SEYFARTH SHAW LLP**
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
Motel 6 Operating L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>    v.<br><br>MOTEL 6 OPERATING L.P., a Delaware Limited Partnership;<br><br>          Defendants. | Case No. 2:20-cv-10624-ODW-PD<br><br>Hon. Otis D. Wright II<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:     June 21, 2021<br>Time:    1:30 p.m.<br>CtRm:   5D<br><br>*[Filed concurrently with Memo. of Points & Authorities; Request for Judicial Notice, and [Proposed] Order]*<br><br>Action Filed:    October 2, 2020 |

**TO PLAINTIFF BRIAN WHITAKER AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on June 21, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5D at the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California, the Honorable Otis D. Wright presiding, Defendant Motel 6 Operating L.P. ("Defendant") will and hereby moves to dismiss the First Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6). This motion is made on the grounds that Plaintiff's First Amended Complaint fails to allege sufficient facts as required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) to state a claim.

This Motion is based on this Notice and accompanying Memorandum of Points and Authorities in support thereof, Request for Judicial Notice and exhibits thereto, the pleadings and records on file with this Court, and any evidence and argument as may be presented at or before the hearing on this matter.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 18, 2021.

DATED:  April 9, 2021

Respectfully submitted

SEYFARTH SHAW LLP

By: */s/ Ashley N. Arnett*
   Minh N. Vu (Admitted *pro hac vice*)
   Ashley N. Arnett

   Attorneys for Defendant
   Motel 6 Operating L.P.

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT