JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BRIAN WHITAKER, | Case № 2:20-cv-10624-ODW (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MOTEL 6 OPERATING L.P., | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///
///

1.   Defendant shall have judgment in its favor.

2.   Plaintiff shall recover nothing from Defendant.

3.   Plaintiff's standalone, non-ADA-derivative Unruh Act claim is dismissed without prejudice.

4.   The remainder of Plaintiff's First Amended Complaint is dismissed on the merits and with prejudice.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

October 14, 2021

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**